No. 00–1379. NGC SETTLEMENT TRUST ET AL. v. NATIONAL GYPSUM CO. C. A. 5th Cir. Motion of Legal Representative For Unknown Asbestos Disease Claimants et al. for leave to file a

brief as *amici curiae* granted. Certiorari denied.